IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ORIENTAL TRADING COMPANY, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | 8:08CV327 |
| vs. | ) ) | **SECOND AMENDED ORDER** |
| **AMERICAN SAFETY INDEMNITY COMPANY,** | ) ) ) ) | **SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE** |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion (Filing 57) for a 90-day extension of all progression order deadlines, including the trial date. Plaintiff opposes the motion (see Filing 75) to the extent it requests an extension of the January 8, 2010 discovery deadline, which had expired before defendant's motion was filed.

The court finds that the motion should be granted, but only as to the deadlines which had not yet expired when the motion was filed on February 17, 2010. For good cause shown, the jury trial will be continued from June 15, 2010 to October 12, 2010.

**IT IS ORDERED** that defendant's motion (Filing 57) is granted, in part, as follows:

1. Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel, no later than **August 10, 2010**, with a list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

2. The deadline for challenging the admissibility of expert testimony has expired. All other motions in limine shall be filed no later than **August 10, 2010.**

3. The final pretrial conference is continued to Friday, **August 20, 2010 at 10:00 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel shall complete, prior to the

conference, all items as directed in NECivR 16.2 and shall, no later than August 18, 2010, deliver to chambers a copy of the parties' final agreed draft of the proposed final pretrial order.  The copy may be delivered to chambers by fax (402-661-7338), by mail, or by email (gossett@ned.uscourts.gov).

    4.  A jury trial is set to commence, at the court's call, during the week of October 12, 2010 in Omaha, Nebraska, before the Honorable Laurie Smith Camp.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

**DATED March 11, 2010.**

                                       **BY THE COURT:**

                                       s/ F.A. Gossett
                                       **United States Magistrate Judge**