## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ORIENTAL TRADING COMPANY, INC.**, a Delaware Corporation, | ) ) ) | **CASE NO. 8:08CV327** |
| Plaintiff, | ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| **AMERICAN SAFETY INDEMNITY COMPANY**, an Oklahoma Corporation, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Amended Motion for Approval of Supersedeas Bond and To Stay Judgment Pending Appeal (Filing No. 111), submitted by Defendant American Safety Indemnity Company. The parties have stipulated to entry of a supersedeas bond and stay of execution (Filing No. 110) of the Court's Judgment entered on September 17, 2010 (Filing No. 103). The Court concludes that the stay should be granted and the Defendant shall file a supersedeas bond in the agreed amount on or before October 30, 2010. Accordingly,

IT IS ORDERED:

1. The Amended Motion for Approval of Supersedeas Bond and To Stay Judgment Pending Appeal, submitted by Defendant American Safety Indemnity Company, is granted, and the parties' Joint Stipulation (Filing No. 110) is approved;

2. Execution of the Court's Judgment entered on September 17, 2010 (Filing No. 103) is stayed pending the outcome of Defendant's appeal currently pending before the United States Court of Appeals for the Eighth Circuit;

3. Defendant shall file a supersedeas bond in the amount of three million dollars ($3,000,000.00) with the Clerk of the District Court on or before October 30, 2010; and

4. The Unopposed Motion to Withdraw Filing No. 107 (Filing No. 113) is granted; and the Motion for Approval of Supersedeas Bond and To Stay Order Pending Appeal at Filing No. 107 is deemed withdrawn.

DATED this 22nd day of October, 2010.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            United States District Judge